IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr100-MHT |
| | ) | (WO) |
| DUANTE RAHEEM TALLEY | ) | |

**ORDER**

It is ORDERED that the government's motion for dismissal of the Forfeiture Allegation-1 in the superseding indictment as to defendant Duante Raheem Talley (doc. no. 76) is granted.

DONE, this the 7th day of August, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**